IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY WOODS BROWN,
    Plaintiff,

vs.                                           Case No.: 3:18cv526/LAC/EMT

OFFICER VAUGHN, et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated May 8, 2018, Plaintiff was given thirty (30) days in which to either submit a completed motion to proceed in forma pauperis on the court-approved form, or, pay the filing fee (ECF No. 7). When that time expired, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 8). Upon notice from the clerk, the show cause order was returned as undeliverable. Plaintiff is no longer incarcerated at the Okaloosa County Jail, in Crestview, Florida, and the court does not have a forwarding address (*see* ECF No. 9). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a response or a motion to proceed in forma pauperis. Additionally,

Plaintiff has failed to keep the court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of July 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.